MARIA A. O'HARRA, as Administratrix of CHARLES N. O'HARRA, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*O'Harra* v. *N. Y. C. & H. R. R. R. Co.,* 92 Hun, 56, affirmed.
(Submitted June 24, 1897; decided October 5, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered March 26, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Mullin, Purcell & Walker* for appellant.

*D. P. Morehouse* and *C. N. Bulger* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.